**Opinion issued July 3, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00110-CV

————————————

**ROBERT TAYLOR III, Appellant**

**V.**

**VASSILIOS KEFALAS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1242735**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on May 14, 2025. On June 3, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP.

P. 42.3; 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.